THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALCOLM McKINNEY, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J. — grand larceny, third degree.) Present — Simons, J. P., Hancock, Jr., Callahan, Boomer and Moule, JJ.